# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Shawn Woodall

**V.**

California Forensic Medical Group, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   01cv180-BTM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court denies Plaintiff's Motion to reopen the case. The Clerk of Court is directed to enter final judgment and dismiss this action without prejudice.............................................................................................
......................................................................................................................................................................

| May 14, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON May 14, 2010

01cv180-BTM